No. 88–893. WALKER ET AL. *v.* VALLEY NATIONAL BANK OF
DES MOINES, IOWA, ADMINISTRATOR OF THE ESTATE OF WALKER,

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

ET AL.  Appeal from Ct. App. Iowa dismissed for want of jurisdiction. ▮▮▮▮▮▮▮▮▮▮